# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRISCIA, MICHAEL J | § | Case No. 10-57226 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/29/2010. The undersigned trustee was appointed on 12/30/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 167,696.44 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 14,509.04 |
| Bank service fees | | 371.97 |
| Other payments to creditors | | 97,371.09 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 55,444.34 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/25/2011 and the deadline for filing governmental claims was 05/25/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,634.82 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,634.82 , for a total compensation of $ 11,634.82 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 118.43 , for total expenses of $ 118.43 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2012        By: /s/MICHAEL G. BERLAND
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:         10-57226        BL    Judge: Bruce W. Black
Case Name:       FRISCIA, MICHAEL J

Trustee Name:                    MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 12/29/10 (f)
341(a) Meeting Date:             02/02/11

For Period Ending: 02/06/12

Claims Bar Date:                 05/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1055 W. Peppertree, unit 407, Sarasota-schedu | 395,000.00 | 167,692.16 |  | 167,692.16 | FA |
| 2. 1253 W. Hampshire, Homer Glen-1/2 interest-sche | 395,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 1723 Center-scheduled | 292,000.00 | 0.00 | DA | 0.00 | FA |
| Insuffcient value after appraisal to market for sale after bar closed |  |  |  |  |  |
| 4. Checking First Midwest-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Interest in personal property-former marital res | Unknown | 0.00 | DA | 0.00 | FA |
| 6. Household goods-scheduled | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 7. Clothes -scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Life insurance-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 9. IRA-scheduled | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 10. Playfoff Sports & Grill-0-scheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| Wet out of busines |  |  |  |  |  |
| 11. 2003 Passat-scheduled | 3,260.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 4.28 | Unknown |

TOTALS (Excluding Unknown Values)    $1,118,910.00    $167,692.16    $167,696.44

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to authroize the sale of certain property in Sarasota Florida in which he had a one-half
interest, which was granted. The Trustee recieived approval to hire an accountant who prepared tax returns.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-57226 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | FRISCIA, MICHAEL J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0665  Money Market Account |
| Taxpayer ID No: | *******9665 | | |
| For Period Ending: | 02/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/11 | 1 | Yesner & Boss | Net proceeds for one-half interest for 1055 W. Peppertree, Sarasota Florida per court order | | 56,312.03 | | 56,312.03 |
| | | | DEPOSIT CHECK #2063 | | | | |
| | | | Memo Amount:       167,692.16 | 1110-000 | | | |
| | | | Memo Amount:  (    45,654.90 ) | 4110-000 | | | |
| | | | Payoff of first mortgage | | | | |
| | | | Memo Amount:  (    48,292.02 ) | 4110-000 | | | |
| | | | Payoff of second mortgage | | | | |
| | | | Memo Amount:  (         718.52 ) | 2820-000 | | | |
| | | | 2011 real estate taxes | | | | |
| | | | Memo Amount:  (    10,050.00 ) | 3510-000 | | | |
| | | | Real estate commisssion | | | | |
| | | | Memo Amount:  (           11.25 ) | 2500-000 | | | |
| | | | Recording fees | | | | |
| | | | Memo Amount:  (      1,172.50 ) | 5800-000 | | | |
| | | | State tax stamps | | | | |
| | | | Memo Amount:  (      2,251.67 ) | 4800-000 | | | |
| | | | 2010 real estate taxes | | | | |
| | | | Memo Amount:  (           42.50 ) | 2500-000 | | | |
| | | | Utility estoppel | | | | |
| | | | Memo Amount:  (           35.00 ) | 2500-000 | | | |
| | | | Federal Express expenses | | | | |
| | | | Memo Amount:  (      2,889.27 ) | 2500-000 | | | |
| | | | Past due condominium association f | | | | |
| | | | Past due condominium association fees | | | | |
| | | | Memo Amount:  (         262.50 ) | 2500-000 | | | |
| | | | Hot water heater replacement | | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.69 | | 56,312.72 |

Page Subtotals  56,312.72  0.00

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 16.05b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-57226 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | FRISCIA, MICHAEL J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0665 Money Market Account |
| Taxpayer ID No: | *******9665 | | |
| For Period Ending: | 02/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 56,313.18 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,313.65 |
| 08/18/11 | 001001 | Gloria Longest | Payment for preparation of tax returns per court order | 3410-000 | | 500.00 | 55,813.65 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 55,814.12 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 130.90 | 55,683.22 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -105.90 | 55,789.12 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 55,789.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.58 | 55,674.99 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 55,675.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.59 | 55,564.87 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 55,565.32 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.80 | 55,443.52 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 55,443.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.92 | 55,330.06 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -113.92 | 55,443.98 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 55,444.34 |
| 01/25/12 | | Transfer to Acct #*******4851 | Bank Funds Transfer | 9999-000 | | 55,444.34 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 167,692.16 | COLUMN TOTALS | 56,316.31 | 56,316.31 |
| Memo Allocation Disbursements: | 111,380.13 | Less: Bank Transfers/CD's | 0.00 | 55,444.34 |
| | | Subtotal | 56,316.31 | 871.97 |
| Memo Allocation Net: | 56,312.03 | Less: Payments to Debtors | | 0.00 |
| | | Net | 56,316.31 | 871.97 |

Page Subtotals    3.59    56,316.31

UST Form 101-7-TFR (5/1/2011) (Page: 5)    Ver: 16.05b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-57226 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | FRISCIA, MICHAEL J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0666 Checking Account |
| Taxpayer ID No: | *******9665 | | |
| For Period Ending: | 02/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 16.05b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 10-57226 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | FRISCIA, MICHAEL J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4851 Checking Account |
| Taxpayer ID No: | *******9665 | | |
| For Period Ending: | 02/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0665 | Bank Funds Transfer | 9999-000 | 55,444.34 | | 55,444.34 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 55,444.34 | 0.00 | 55,444.34 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 55,444.34 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 167,692.16 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 111,380.13 | Money Market Account - *******0665 | 56,316.31 | 871.97 | 0.00 |
| | | Checking Account - *******0666 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 56,312.03 | Checking Account - *******4851 | 0.00 | 0.00 | 55,444.34 |
| | | | 56,316.31 | 871.97 | 55,444.34 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  55,444.34  0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 7)

Ver: 16.05b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 06, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-57226  
Debtor Name: FRISCIA, MICHAEL J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>570<br>5800-00 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL 60432 | Priority | | $0.00 | $31,675.76 | $0.00 |
| 12 -2<br>570<br>5800-00 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL 60432 | Priority | | $0.00 | $31,675.76 | $31,675.76 |
| 1<br>610<br>7100-00 | American InfoSource LP as agent for<br>WFNNB, Assign Value City<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $0.00 | $1,892.57 | $1,892.57 |
| 2<br>610<br>7100-00 | Asset Acceptance LLC assignee BEST<br>BUY - HSBC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $5,253.34 | $5,253.34 |
| 3<br>610<br>7100-00 | Duane and MaryLee Simons<br>13800 Longview Dr.<br>Homer Glen, IL 60491 | Unsecured | | $0.00 | $50,327.11 | $50,327.11 |
| 4<br>610<br>7100-00 | Will County Medical Associates<br>2100 N. Glenwood Ave.<br>Joliet, IL 60435-8173 | Unsecured | | $0.00 | $100.00 | $100.00 |
| 5<br>610<br>7100-00 | Midwest Hospitalalists LLC<br>2100 Glenwood Ave<br>Joliet, IL 60435 | Unsecured | | $0.00 | $38.78 | $38.78 |
| 6<br>610<br>7100-00 | Capital One Bank (USA), N.A. by<br>American Infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $0.00 | $4,816.19 | $4,816.19 |
| 7<br>610<br>7100-00 | Capital One Bank (USA), N.A.by<br>American infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $0.00 | $3,031.34 | $3,031.34 |
| 8<br>610<br>7100-00 | First Community Bank of Jolietc/o<br>Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | Unsecured | | $0.00 | $140,000.00 | $0.00 |
| 8 -2<br>610<br>7100-00 | First Community Bank of Jolietc/o<br>Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | Unsecured | | $0.00 | $140,000.00 | $140,000.00 |
| 9<br>610<br>7100-00 | First Community Bank of Joliet<br>C/O Steven Plato Troy Its Attorney<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | Unsecured | | $0.00 | $37,701.03 | $0.00 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 06, 2012 |
|---|---|---|---|---|---|---|
| Case Number: | 10-57226 | | Claim Class Sequence | | | |
| Debtor Name: | FRISCIA, MICHAEL J | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9-2<br>610<br>7100-00 | First Community Bank of Joliet c/o<br>Steven Troy<br>116 North Chicago Street, Suite 202<br>Joliet, IL 60432 | Unsecured | | $0.00 | $37,701.03 | $37,701.03 |
| 10<br>610<br>7100-00 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | | $0.00 | $23,991.51 | $23,991.51 |
| 11<br>610<br>7100-00 | GE Money Bank c/o Recovery<br>Management systems<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $4,777.24 | $4,777.24 |
| 13<br>610<br>7100-00 | Wermer Rogers Doran & Ruzon, LLC<br>755 Essington Rd.<br>Joliet, IL 60435 | Unsecured | | $0.00 | $6,750.00 | $6,750.00 |
| | Case Totals: | | | $0.00 | $519,731.66 | $310,354.87 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-57226
Case Name: FRISCIA, MICHAEL J
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 55,444.34

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 11,634.82 | $ 0.00 | $ 11,634.82 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 118.43 | $ 0.00 | $ 118.43 |

Total to be paid for chapter 7 administrative expenses $ 11,753.25
Remaining Balance $ 43,691.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 31,675.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) (Page: 10)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL 60432 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 -2 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL 60432 | $ 31,675.76 | $ 0.00 | $ 31,675.76 |

Total to be paid to priority creditors                               $            31,675.76

Remaining Balance                                                    $            12,015.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,679.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for WFNNB, Assign Value City<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 1,892.57 | $ 0.00 | $ 81.60 |
| 2 | Asset Acceptance LLC assignee BEST BUY - HSBC<br>PO Box 2036<br>Warren, MI 48090 | $ 5,253.34 | $ 0.00 | $ 226.50 |
| 3 | Duane and MaryLee Simons<br>13800 Longview Dr.<br>Homer Glen, IL 60491 | $ 50,327.11 | $ 0.00 | $ 2,169.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Will County Medical Associates<br>2100 N. Glenwood Ave.<br>Joliet, IL 60435-8173 | $ 100.00 | $ 0.00 | $ 4.31 |
| 5 | Midwest Hospitalalists LLC<br>2100 Glenwood Ave<br>Joliet, IL 60435 | $ 38.78 | $ 0.00 | $ 1.67 |
| 6 | Capital One Bank (USA), N.A. by American Infsource<br>agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 4,816.19 | $ 0.00 | $ 207.65 |
| 7 | Capital One Bank (USA), N.A.by American infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 3,031.34 | $ 0.00 | $ 130.70 |
| 8 | First Community Bank of Jolietc/o Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 -2 | First Community Bank of Jolietc/o Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | $ 140,000.00 | $ 0.00 | $ 6,036.14 |
| 9 | First Community Bank of Joliet<br>C/O Steven Plato Troy Its Attorney<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9-2 | First Community Bank of Joliet c/o Steven Troy 116 North Chicago Street, Suite 202 Joliet, IL 60432 | $ 37,701.03 | $ 0.00 | $ 1,625.49 |
| 10 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | $ 23,991.51 | $ 0.00 | $ 1,034.40 |
| 11 | GE Money Bank c/o Recovery Management systems 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | $ 4,777.24 | $ 0.00 | $ 205.97 |
| 13 | Wermer Rogers Doran & Ruzon, LLC 755 Essington Rd. Joliet, IL 60435 | $ 6,750.00 | $ 0.00 | $ 291.03 |

Total to be paid to timely general unsecured creditors            $            12,015.33

Remaining Balance                                                 $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE