## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRISCIA, MICHAEL J | § | Case No. 10-57226 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF THE COURT
                  219 S. Dearborn
                  Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/09/2012 in Courtroom 201,
                  United States Courthouse
                  Will County Court Annex Building
                  57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2012                  By: /s/ Michael G. Berland
                                                                                 Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| FRISCIA, MICHAEL J | § § | Case No. 10-57226 |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 167,696.44 |
| and approved disbursements of | $ | 112,252.10 |
| leaving a balance on hand of[1] | $ | 55,444.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 11,634.82 | $ 0.00 | $ 11,634.82 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 118.43 | $ 0.00 | $ 118.43 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,753.25 |
| Remaining Balance | $ 43,691.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 31,675.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL  60432 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 -2 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL  60432 | $ 31,675.76 | $ 0.00 | $ 31,675.76 |

Total to be paid to priority creditors      $      31,675.76

Remaining Balance      $      12,015.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,679.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB, Assign<br>Value City<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 1,892.57 | $ 0.00 | $ 81.60 |
| 2 | Asset Acceptance LLC assignee BEST BUY - HSBC<br>PO Box 2036<br>Warren, MI  48090 | $ 5,253.34 | $ 0.00 | $ 226.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Duane and MaryLee Simons<br>13800 Longview Dr.<br>Homer Glen, IL  60491 | $ 50,327.11 | $ 0.00 | $ 2,169.87 |
| 4 | Will County Medical Associates<br>2100 N. Glenwood Ave.<br>Joliet, IL  60435-8173 | $ 100.00 | $ 0.00 | $ 4.31 |
| 5 | Midwest Hospitalalists LLC<br>2100 Glenwood Ave<br>Joliet, IL  60435 | $ 38.78 | $ 0.00 | $ 1.67 |
| 6 | Capital One Bank (USA), N.A. by American Infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 4,816.19 | $ 0.00 | $ 207.65 |
| 7 | Capital One Bank (USA), N.A.by American infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 3,031.34 | $ 0.00 | $ 130.70 |
| 8 | First Community Bank of Jolietc/o Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL  60432 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 -2 | First Community Bank of Jolietc/o Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL  60432 | $ 140,000.00 | $ 0.00 | $ 6,036.14 |
| 9 | First Community Bank of Joliet<br>C/O Steven Plato Troy<br>Its Attorney<br>116 North Chicago Street,Suite 202<br>Joliet, IL  60432 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9-2 | First Community Bank of Joliet c/o Steven Troy 116 North Chicago Street, Suite 202 Joliet, IL 60432 | $ 37,701.03 | $ 0.00 | $ 1,625.49 |
| 10 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | $ 23,991.51 | $ 0.00 | $ 1,034.40 |
| 11 | GE Money Bank c/o Recovery Management systems 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | $ 4,777.24 | $ 0.00 | $ 205.97 |
| 13 | Wermer Rogers Doran & Ruzon, LLC 755 Essington Rd. Joliet, IL 60435 | $ 6,750.00 | $ 0.00 | $ 291.03 |

Total to be paid to timely general unsecured creditors         $         12,015.33

Remaining Balance                                             $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

                    Prepared By: /s/ Michael G. Berland
                                                       Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.