# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRISCIA, MICHAEL J | § | Case No. 10-57226 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE COURT
   219 S. Dearborn
   Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/09/2012 in Courtroom 201,
   United States Courthouse
   Will County Court Annex Building
   57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2012          By: /s/ Michael G. Berland
                                                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FRISCIA, MICHAEL J § Case No. 10-57226
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 167,696.44 |
| and approved disbursements of | $ | 112,252.10 |
| leaving a balance on hand of[1] | $ | 55,444.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 11,634.82 | $ 0.00 | $ 11,634.82 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 118.43 | $ 0.00 | $ 118.43 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,753.25 |
| Remaining Balance | $ 43,691.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 31,675.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL 60432 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 -2 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL 60432 | $ 31,675.76 | $ 0.00 | $ 31,675.76 |

Total to be paid to priority creditors                $        31,675.76

Remaining Balance                                     $        12,015.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,679.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB, Assign<br>Value City<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 1,892.57 | $ 0.00 | $ 81.60 |
| 2 | Asset Acceptance LLC assignee BEST BUY - HSBC<br>PO Box 2036<br>Warren, MI 48090 | $ 5,253.34 | $ 0.00 | $ 226.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Duane and MaryLee Simons<br>13800 Longview Dr.<br>Homer Glen, IL 60491 | $ 50,327.11 | $ 0.00 | $ 2,169.87 |
| 4 | Will County Medical Associates<br>2100 N. Glenwood Ave.<br>Joliet, IL 60435-8173 | $ 100.00 | $ 0.00 | $ 4.31 |
| 5 | Midwest Hospitalalists LLC<br>2100 Glenwood Ave<br>Joliet, IL 60435 | $ 38.78 | $ 0.00 | $ 1.67 |
| 6 | Capital One Bank (USA), N.A. by American Infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 4,816.19 | $ 0.00 | $ 207.65 |
| 7 | Capital One Bank (USA), N.A.by American infsource agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 3,031.34 | $ 0.00 | $ 130.70 |
| 8 | First Community Bank of Jolietc/o Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8-2 | First Community Bank of Jolietc/o Steven Troy<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | $ 140,000.00 | $ 0.00 | $ 6,036.14 |
| 9 | First Community Bank of Joliet<br>C/O Steven Plato Troy<br>Its Attorney<br>116 North Chicago Street,Suite 202<br>Joliet, IL 60432 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9-2 | First Community Bank of Joliet c/o Steven Troy 116 North Chicago Street, Suite 202 Joliet, IL 60432 | $ 37,701.03 | $ 0.00 | $ 1,625.49 |
| 10 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | $ 23,991.51 | $ 0.00 | $ 1,034.40 |
| 11 | GE Money Bank c/o Recovery Management systems 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | $ 4,777.24 | $ 0.00 | $ 205.97 |
| 13 | Wermer Rogers Doran & Ruzon, LLC 755 Essington Rd. Joliet, IL 60435 | $ 6,750.00 | $ 0.00 | $ 291.03 |

Total to be paid to timely general unsecured creditors    $ 12,015.33

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-57226-BWB
Michael J Friscia                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 3               Date Rcvd: Feb 07, 2012
                              Form ID: pdf006           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2012.
```
db         +Michael J Friscia,    1723 N Center Street,    Crest Hill, IL 60403-2511
16605023    AMO Recoveries,    Milwaukee, WI  53214
16605024   +ARS Account Resolution,    1801 NW 66th Ave, Ste 200,    Fort Lauderdale, FL 33313-4571
16605026   +Asset Management Out,    401 Pilot Ct, Ste A,    Waukesha, WI 53188-2481
16605027   +Associated Pathologists of Jol,    330 Madison Street,    Suite 200A,    Joliet, IL 60435-6575
16605028   +Biehl & Biehl, Inc.,    POB 87410,    Carol Stream, IL 60188-7410
16605029   +C R Car Rental Company,    901 S Larkin Ave,    Joliet, IL 60436-2455
16605030    Capital One Bank,    POB 30285,    Salt Lake City, UT  84130-0285
16932030    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
16605031   +Chase Bank USA,    POB 901039,    Fort Worth, TX 76101-2039
16605032   +Chase Bank USA,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16605033   +CitiBusiness Card,    Citibank, NA,    POB 6235,    Sioux Falls, SD 57117-6235
17194791   +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
17622488   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
16605034   +Client Services, Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
16605036   +Creditors Discount & Audit,    POB 213,    Streator, IL 61364-0213
16605037   +Duane and MaryLee Simons,    13800 Longview Dr.,    Homer Glen, IL 60491-9471
16605038   +First Community Bank,    2801 Black Rd.,    Joliet, IL 60435-2929
17188419   +First Community Bank of Joliet,    C/O Steven Plato Troy Its Attorney,    116 North Chicago Street,
             Suite 202,    Joliet,Illinois 60432-4207
16605039   +First Community Bank of Joliet,    2701 Black Rd,    Joliet, IL 60435-8411
16605040   +Freedman Anselmo Lindberg,    1807 W Diehl Rd, #333,    Naperville, IL 60563-1890
16605044   +HSBC,    Attn Bankruptcy Dept,    POB 5213,    Carol Stream, IL 60197-5213
16605045   +Joliet Radiological Service Co,    36910 Treasury Ctr.,    Chicago, IL 60694-6900
16605047   +Michelle R Friscia,    116 N. Chicago Street, Suite 302,    Joliet, Il 60432-4293
16605046    Michelle R Friscia,    1253 W Hampshire Lane,    Homer Glen, IL 60491
16928268   +Midwest Hospitalalists LLC,    2100 Glenwood Ave,    Joliet,IL 60435-5487
16605048   +Midwest Hospitalists LLC,    333 N. Hammes Ave., #100,    Joliet, IL 60435-8119
16605049   +Prairie Emergency Physicians,    POB 635225,    Cincinnati, OH 45263-5225
16605050   +Provena St Joseph Medical Cent,    333 Madison Street,    Joliet, IL 60435-8233
16605051   +Scott R Reich,    Reich, JUmbeck & Assoc. LLP,    116 N. Chicago St., #555,    Joliet, IL 60432-4286
16605052   #+Sun Times Media,    STM Suburban Publications,    13543 S. Rte 30,    Plainfield, IL 60544-1100
16605053   +Timothy A. Clark,    3180 Theodore Street, #102,    Joliet, IL 60435-8535
16605054   +Troy & Associates,    116 N. Chicago Street, #202,    Joliet, IL 60432-4207
16605055   +United Recovery Service, LLC,    18525 Torrence Ave, Suite C-6,    Lansing, IL 60438-2891
16605057    WFFNB,    Bankruptcy Department,    POB 182185,    Columbus, OH  43218
17324661   +Wermer Rogers Doran & Ruzon, LLC,    755 Essington Rd.,    Joliet, IL 60435-2878
16605058    Will County Medical Associates,    333 N Hammes Ave, Ste 100,    Joliet, IL  60435-8173
16928192   +Will County Medical Associates,    2100 N. Glenwood Ave.,    Joliet,IL 60435-5487
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16868340     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2012 08:18:11
              American InfoSource LP as agent for WFNNB,    as assignee of,    Value City Furniture,
              PO Box 248872,    Oklahoma City, OK  73124-8872
16605025    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 08 2012 08:02:30      Asset Acceptance LLC,
              POb 2036,    Warren, MI 48090-2036
16877165    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 08 2012 08:02:30
              Asset Acceptance LLC assignee  BEST BUY - HSBC,    PO Box 2036,    Warren MI 48090-2036
16605035    +E-mail/Text: clerical.department@yahoo.com Feb 08 2012 08:03:12      Creditors Collection Bureau,
              POB 63,    Kankakee, IL 60901-0063
16605042    +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2012 08:19:01      G E Money Bank,
              Attn Bankruptcy Dept,    POB 103104,    Roswell, GA 30076-9104
17270381     E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2012 08:18:57      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16605043    +E-mail/Text: bkynotice@harvardcollect.com Feb 08 2012 08:03:08      Harvard Collection Services,
              4839 N Elston Ave.,    Chicago, IL 60630-2589
16605056    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 08 2012 08:18:14      Verizon Wireless,
              Bankruptcy Group,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 8
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16605041*    +Michael J. Friscia,    1723 N. Center Street,    Crest Hill, IL 60403-2511
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: lhatch            Page 2 of 3           Date Rcvd: Feb 07, 2012
                              Form ID: pdf006         Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: lhatch              Page 3 of 3                Date Rcvd: Feb 07, 2012
                              Form ID: pdf006           Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2012 at the address(es) listed below:
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy A. Clark    on behalf of Debtor Michael Friscia timclark@kcccp.com,  veronica@kcccp.com
                                                                                                                                                                           TOTAL: 3