# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRISCIA, MICHAEL J | § | Case No. 10-57226 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Payoff of first mortgage |  |  |  |  |  |
|  | Payoff of second mortgage |  |  |  |  |  |
|  | 2010 real estate taxes |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Federal Express expenses | | | | | |
| Hot water heater replacement | | | | | |
| Past due condominium  association f | | | | | |
| Recording fees | | | | | |
| Utility estoppel | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| 2011real estate taxes | | | | | |
| Gloria Longest | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Real estate commisssion | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | MICHELLE R FRISCIA | | | | | |
| 12 -2 | MICHELLE R FRISCIA | | | | | |
| | State tax stamps | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Asset Management Out 401 Pilot Ct, Ste A Waukesha WI 53188 | | | | | |
| | Creditor # :11 G E Money Bank Attn Bankruptcy Dept POB 103104 Roswell GA 30076 | | | | | |
| | Creditor # :12 HSBC Attn Bankruptcy Dept POB 5213 Carol Stream IL 60197 | | | | | |
| | Creditor # :13 Joliet Radiological Service Co 36910 Treasury Ctr. Chicago IL 60694 | | | | | |
| | Creditor # :14 Michelle R Friscia 12533 W Hampshire Dr Homer Glen IL 60491 | | | | | |
| | Creditor # :15 Michelle R Friscia 12533 W Hampshire Dr Homer Glen IL 60491 | | | | | |
| | Creditor # :16 Michelle R Friscia 12533 W Hampshire Dr Homer Glen IL 60491 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :17 Michelle R Friscia 12533 W Hampshire Dr Homer Glen IL 60491 | | | | | |
| | Creditor # :18 Michelle R Friscia 12533 W Hampshire Dr Homer Glen IL 60491 | | | | | |
| | Creditor # :2 Associated Pathologists of Jol 330 Madison Street Suite 200A Joliet IL 60435 | | | | | |
| | Creditor # :20 Prairie Emergency Physicians POB 635225 Cincinnati OH 45263 | | | | | |
| | Creditor # :21 Provena St Joseph Medical Cent 333 Madison Street Joliet IL 60435 | | | | | |
| | Creditor # :22 Scott R Reich Reich, JUmbeck & Assoc. LLP 116 N. Chicago St., #555 Joliet IL 60432 | | | | | |
| | Creditor # :23 Sun Times Media STM Suburban Publications 13543 S. Rte 30 Plainfield IL 60544 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :24 United Recovery Service, LLC 18525 Torrence Ave, Suite C-6 Lansing IL 60438 | | | | | |
| | Creditor # :25 Verizon Wireless Bankruptcy Group PO Box 3397 Bloomington IL 61702 | | | | | |
| | Creditor # :26 WFFNB Bankruptcy Department POB 182185 Columbus OH 43218 | | | | | |
| | Creditor # :3 C R Car Rental Company 901 S Larkin Ave Joliet IL 60436 | | | | | |
| | Creditor # :7 Creditors Discount & Audit POB 213 Streator IL 61364 | | | | | |
| | Creditor # :9 Duane and MaryLee Simons 13800 Longview Dr. Homer Glen IL 60491 | | | | | |
| | Representing: CitiBusiness Card | | | | | |
| | Representing: HSBC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: HSBC | | | | | |
| | Representing: Midwest Hospitalists LLC | | | | | |
| | Representing: Prairie Emergency Physicians | | | | | |
| | Representing: Provena St Joseph Medical Cent | | | | | |
| | Representing: Sun Times Media | | | | | |
| | Representing: Will County Medical Associates | | | | | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 2 | ASSET ACCEPTANCE LLC ASSIGNEE BEST | | | | | |
| 6 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 7 | CAPITAL ONE BANK (USA), N.A.BY AMER | | | | | |
| 10 | CITIBANK, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DUANE AND MARYLEE SIMONS | | | | | |
| 9 | FIRST COMMUNITY BANK OF JOLIET | | | | | |
| 8 | FIRST COMMUNITY BANK OF JOLIETC/O S | | | | | |
| 8 -2 | FIRST COMMUNITY BANK OF JOLIETC/O S | | | | | |
| 9 -2 | FIRST COMMUNITY BANK OF JOLIETC/O S | | | | | |
| 11 | GE MONEY BANKC/O RECOVERY MANAGEMEN | | | | | |
| 5 | MIDWEST HOSPITALALISTS LLC | | | | | |
| 13 | WERMER ROGERS DORAN & RUZON, LLC | | | | | |
| 4 | WILL COUNTY MEDICAL ASSOCIATES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-57226    BL   Judge: Bruce W. Black | |
| Case Name: | FRISCIA, MICHAEL J | |
| For Period Ending: | 08/07/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 12/29/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 05/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1055 W. Peppertree, unit 407, Sarasota-schedu | 395,000.00 | 167,692.16 | | 167,692.16 | FA |
| 2. 1253 W. Hampshire, Homer Glen-1/2 interest-sche | 395,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 1723 Center-scheduled | 292,000.00 | 0.00 | DA | 0.00 | FA |
| Insuffcient value after appraisal to market for sale after  bar closed | | | | | |
| 4. Checking First Midwest-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Interest in personal property-former marital res | Unknown | 0.00 | DA | 0.00 | FA |
| 6. Household goods-scheduled | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 7. Clothes -scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Life insurance-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 9. IRA-scheduled | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 10. Playfoff Sports & Grill-0-scheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| Wet out of busines | | | | | |
| 11. 2003 Passat-scheduled | 3,260.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.92 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,118,910.00          $167,692.16          $167,696.08          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

 The Trustee filed a Motion to authorize the sale of certain property in Sarasota Florida in which he had a one-half

 interest, which was granted. The Trustee recieved approval to hire an accountant who prepared tax returns.

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/15

FORM 2                                                                                            Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57226  -BL | |
| Case Name: | FRISCIA, MICHAEL J | |
| Taxpayer ID No: | *******9665 | |
| For Period Ending: | 08/07/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******0665  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/11 | | Yesner & Boss | Net proceeds for one-half interest for 1055 W. | | 56,312.03 | | 56,312.03 |
| | | | Peppertree, Sarasota Florida per court order | | | | |
| | | | DEPOSIT CHECK #2063 | | | | |
| | 1 | | Memo Amount:          167,692.16 | 1110-000 | | | |
| | | | Memo Amount:      (    45,654.90 ) | 4110-000 | | | |
| | | | Payoff of first mortgage | | | | |
| | | | Memo Amount:      (    48,292.02 ) | 4110-000 | | | |
| | | | Payoff of second mortgage | | | | |
| | | | Memo Amount:      (       718.52 ) | 2820-000 | | | |
| | | | 2011 real estate taxes | | | | |
| | | | Memo Amount:      (    10,050.00 ) | 3510-000 | | | |
| | | | Real estate commisssion | | | | |
| | | | Memo Amount:      (        11.25 ) | 2500-000 | | | |
| | | | Recording fees | | | | |
| | | | Memo Amount:      (     1,172.50 ) | 5800-000 | | | |
| | | | State tax stamps | | | | |
| | | | Memo Amount:      (     2,251.67 ) | 4800-000 | | | |
| | | | 2010 real estate taxes | | | | |
| | | | Memo Amount:      (        42.50 ) | 2500-000 | | | |
| | | | Utility estoppel | | | | |
| | | | Memo Amount:      (        35.00 ) | 2500-000 | | | |
| | | | Federal Express expenses | | | | |
| | | | Memo Amount:      (     2,889.27 ) | 2500-000 | | | |
| | | | Past due condominium  association f | | | | |
| | | | Past due condominium  association fees | | | | |
| | | | Memo Amount:      (       262.50 ) | 2500-000 | | | |
| | | | Hot water heater replacement | | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.69 | | 56,312.72 |

|  | | |
|---|---|---|
| Page Subtotals | 56,312.72 | 0.00 |

FORM 2                                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57226  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | FRISCIA, MICHAEL J | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0665  Money Market Account |
| Taxpayer ID No: | *******9665 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.46 | | 56,313.18 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 56,313.65 |
| 08/18/11 | 001001 | Gloria Longest | Payment for preparation of tax returns per court order | 3410-000 | | 500.00 | 55,813.65 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 55,814.12 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 130.90 | 55,683.22 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -105.90 | 55,789.12 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.45 | | 55,789.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.58 | 55,674.99 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 55,675.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.59 | 55,564.87 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.45 | | 55,565.32 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.80 | 55,443.52 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.46 | | 55,443.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.92 | 55,330.06 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -113.92 | 55,443.98 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.36 | | 55,444.34 |
| 01/25/12 | | Transfer to Acct #*******4851 | Bank Funds Transfer | 9999-000 | | 55,444.34 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 167,692.16 | COLUMN TOTALS | 56,316.31 | 56,316.31 | 0.00 |
| Memo Allocation Disbursements: | 111,380.13 | Less:  Bank Transfers/CD's | 0.00 | 55,444.34 | |
| | | Subtotal | 56,316.31 | 871.97 | |
| Memo Allocation Net: | 56,312.03 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 56,316.31 | 871.97 | |

Page Subtotals                                3.59              56,316.31

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57226  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | FRISCIA, MICHAEL J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0666  Checking Account |
| Taxpayer ID No: | *******9665 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals                    0.00                    0.00

Ver: 16.06b

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-57226  -BL |
| Case Name: | FRISCIA, MICHAEL J |
| | |
| Taxpayer ID No: | *******9665 |
| For Period Ending: | 08/07/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4851  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.36 | | -0.36 |
| * | 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.36 | | 0.00 |
| * | 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -36.00 | | -36.00 |
| * | 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 36.00 | | 0.00 |
| | 01/25/12 | | Transfer from Acct #*******0665 | Bank Funds Transfer | 9999-000 | 55,444.34 | | 55,444.34 |
| | 03/14/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Chapter 7 Compensation/Expense | | | 11,753.25 | 43,691.09 |
| | | | | Fees          11,634.82 | 2100-000 | | | |
| | | | | Expenses         118.43 | 2200-000 | | | |
| | 03/14/12 | 001002 | Michelle R Friscia<br>116 N. Chicago Street, Suite 302<br>Joliet, IL  60432 | Claim 12 -2, Payment 100.00000% | 5800-000 | | 31,675.76 | 12,015.33 |
| | 03/14/12 | 001003 | American InfoSource LP as agent for WFNNB,<br>Assign Value City<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Claim 1, Payment 4.31160% | 7100-000 | | 81.60 | 11,933.73 |
| | 03/14/12 | 001004 | Asset Acceptance LLC assignee BEST BUY - HSBC<br>PO Box 2036<br>Warren, MI  48090 | Claim 2, Payment 4.31135% | 7100-000 | | 226.49 | 11,707.24 |
| | 03/14/12 | 001005 | Duane and MaryLee Simons<br>13800 Longview Dr.<br>Homer Glen, IL  60491 | Claim 3, Payment 4.31139% | 7100-000 | | 2,169.80 | 9,537.44 |
| | 03/14/12 | 001006 | United States Bankruptcy Court<br>IL | Claim 4, Payment 4.31000%<br>Will County Medical Associates<br>2100 N. Glenwood Ave.<br>Joliet, IL  60435-8173 | 7100-000 | | 4.31 | 9,533.13 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 55,444.34 | 45,911.21 |

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57226  -BL | |
| Case Name: | FRISCIA, MICHAEL J | |
| Taxpayer ID No: | *******9665 | |
| For Period Ending: | 08/07/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4851  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/12 | 001007 | United States Bankruptcy Court IL | Claim 5, Payment 4.30634% Midwest Hospitalalists LLC 2100 Glenwood Ave Joliet, IL  60435 | 7100-000 | | 1.67 | 9,531.46 |
| 03/14/12 | 001008 | Capital One Bank (USA), N.A. by American Infsource agent PO Box 248839 Oklahoma City, OK  73124-8839 | Claim 6, Payment 4.31150% | 7100-000 | | 207.65 | 9,323.81 |
| 03/14/12 | 001009 | Capital One Bank (USA), N.A.by American infsource agent PO Box 248839 Oklahoma City, OK  73124-8839 | Claim 7, Payment 4.31129% | 7100-000 | | 130.69 | 9,193.12 |
| 03/14/12 | 001010 | First Community Bank of Jolietc/o Steven Troy 116 North Chicago Street,Suite 202 Joliet, IL  60432 | Claim 8 -2, Payment 4.31140% | 7100-000 | | 6,035.96 | 3,157.16 |
| 03/14/12 | 001011 | First Community Bank of Jolietc/o Steven Troy 116 North Chicago Street,Suite 202 Joliet, IL  60432 | Claim 9 -2, Payment 4.31139% | 7100-000 | | 1,625.44 | 1,531.72 |
| 03/14/12 | 001012 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD  57117 | Claim 10, Payment 4.31140% | 7100-000 | | 1,034.37 | 497.35 |
| 03/14/12 | 001013 | GE Money Bankc/o Recovery Management systems 25 SE 2nd Ave Suite 1120 Miami, FL  33131-1605 | Claim 11, Payment 4.31149% | 7100-000 | | 205.97 | 291.38 |
| 03/14/12 | 001014 | Wermer Rogers Doran & Ruzon, LLC 755 Essington Rd. Joliet, IL  60435 | Claim 13, Payment 4.31141% | 7100-000 | | 291.02 | 0.36 |
| 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.36 | | 0.00 |

Page Subtotals                                             -0.36            9,532.77

Ver: 16.06b

FORM 2

Page:   6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-57226  -BL | |
| Case Name: | FRISCIA, MICHAEL J | |
| | | |
| Taxpayer ID No: | *******9665 | |
| For Period Ending: | 08/07/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4851  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 55,443.98 | 55,443.98 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 55,444.34 | 0.00 | |
| | | Subtotal | | -0.36 | 55,443.98 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | -0.36 | 55,443.98 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 167,692.16 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 111,380.13 | Money Market Account - *******0665 | 56,316.31 | 871.97 | 0.00 |
| | | Checking Account - *******0666 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 56,312.03 | Checking Account - *******4851 | -0.36 | 55,443.98 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 56,315.95 | 56,315.95 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 16.06b